Slip Op. 20-82

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SHANGHAI WELLS HANGER CO., LTD., HONG KONG WELLS LTD., HONG KONG WELLS LTD. (USA), FABRICLEAN SUPPLY, INC.,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES,<br><br>                Defendant. | Before: Leo M. Gordon, Judge<br><br>Consol. Court No. 15-00103 |

**JUDGMENT**

This action having been submitted for decision, and the court, after due deliberation, having rendered opinions; now in conformity with those opinions, it is hereby

**ORDERED** that the Final Results of Redetermination Pursuant to Court Remand, ECF No. 95-1 (Second Remand Results), regarding the final results of the fifth administrative review of the antidumping duty order covering steel wire garment hangers from the People's Republic of China, Steel Wire Garment Hangers from the PRC, 80 Fed. Reg. 13,332 (Dep't of Commerce Mar. 13, 2015) (final results admin. rev.) and the accompanying Issues and Decision Memorandum for Steel Wire Garments from the PRC, A–570–918, (Dep't of Commerce Mar. 6, 2015), available at https://enforcement.trade.gov/frn/summary/prc/2015-05828-1.pdf (last visited this date), are sustained; and it is further

Consol. Court No. 15-00103                                                                                          Page 2

**ORDERED** that the subject entries enjoined in this action, see ECF No. 12 (order granting motion for preliminary injunction), must be liquidated in accordance with the final court decision, as provided in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).

          /s/ Leo M. Gordon
          Judge Leo M. Gordon

Dated: June 11, 2020
       New York, New York